Curtis R. Hussey (USB # 5488)
10 N. Section #122
Fairhope, AL  36532
Telephone: (251) 928-1423
gulfcoastadr@gmail.com

<u>Of Counsel To</u>
LEMBERG LAW, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (888) 953-6237

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Rhonda Lewis,<br><br>          Plaintiff,<br>   v.<br><br>Lexington Law Firm; and DOES 1-10, inclusive,<br><br>          Defendants. | : Civil Action No.: 1:15-cv-00005-EJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

  Rhonda Lewis ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 13, 2015

                         Respectfully submitted,

                         HUSSEY LAW FIRM, LLC
                         P.O. Box 1896
                         Fairhope, AL  36533
                         (251) 928-1423


                         By:    /s/   Curtis R. Hussey

                         Curtis R. Hussey

                         Of Counsel:
                         LEMBERG LAW, LLC
                         1100 Summer Street, 3rd Floor
                         Stamford, CT 06905

                         Counsel for Plaintiff
                         Rhonda Lewis

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By: _/s/   Curtis R. Hussey_

                                           Curtis R. Hussey